63 P.3d 403

# SUPREME COURT OF HAWAI'I

State v. Moniz ................... 24754    01/24/2003   Denied        100 Hawai'i 296,
                                                                        59 P.3d 931

Hoffacker v. State Farm Mut. Auto.
  Ins. Co........................ 24293    01/24/2003   Denied        101 Hawai'i 21,
                                                                        61 P.3d 532
State v. Arakawa ................ 23994    01/31/2003   Denied        101 Hawai'i 26,
                                                                        61 P.3d 537
State v. Kimsel .................. 24424    02/05/2003   Denied        101 Hawai'i 65,
                                                                        62 P.3d 628